THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND RAILROAD COMPANY, Appellant, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK, Respondent.

(Submitted November 20, 1899; decided November 28, 1899.)

Motion to amend remittitur by adding thereto a provision that the dismissal of the appeal taken by relator is without prejudice to the right of the appellant to apply to the Appellate Division of the Supreme Court for the third department for an order resettling the order of July 6, 1899, appealed from so as to conform the same to the decision of said appellate court, denied, with ten dollars costs. (See 160 N. Y. 690.)

---

NEW YORK SECURITY AND TRUST COMPANY, Respondent, *v.* THE SARATOGA GAS AND ELECTRIC LIGHT COMPANY et al., Defendants; EDWARD WINSLOW PAIGE, Attorney, etc., Appellant.

(Submitted November 20, 1899; decided November 28, 1899 )

Motion to recall remittitur denied, with ten dollars costs. (See 159 N. Y. 137.)